720

tioners. *Solicitor General McGrath, Assistant Attorney General Sonnett* and *Paul A. Sweeney* for respondents.

No. 161. CRAWFORD & DOHERTY FOUNDRY Co. *v.* PORTER, PRICE ADMINISTRATOR. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Robert Treat Platt* for petitioner. *Solicitor General McGrath, John R. Benney* and *David London* for respondent.

No. 162. H. MOFFAT Co. *v.* SOUTHERN PACIFIC Co.; and
No. 163. UNION SHEEP Co. *v.* SOUTHERN PACIFIC Co. October 14, 1946. Petition for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *George B. Thatcher* and *Wm. Woodburn* for petitioners. *James E. Lyons* for respondent. Reported below: 154 F. 2d 877.

No. 165. PEELER *v.* PEELER. October 14, 1946. Petition for writ of certiorari to the Supreme Court of Mississippi denied. *William G. Cavett* for petitioner.

No. 166. VOLKRINGER *v.* UNITED STATES. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Elliott M. Weiner* for petitioner. *Solicitor General McGrath, Roger P. Marquis* and *Kelsey Martin Mott* for the United States.